IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13mc130

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT 6101 AMBERLY LANE AND 6113 SPRING GARDEN LANE, BOTH IN CHARLOTTE, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN DEEDS RECORDED AT BOOK 26892, PAGE 584, AND BOOK 26949, PAGE 930, RESPECTIVELY, IN THE MECKLENBURG COUNTY PUBLIC REGISTRY | **ORDER AND LIS PENDENS** |
| FILE IN GRANTOR INDEX UNDER: **ALICIA RHODES, ALICIA ODESSA RHODES** | |

FILED
CHARLOTTE, NC
AUG - 8 2013
US District Court
Western District of NC

WHEREAS, the United States of America, by and through Senior Special Agent Rodney Blacknall of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), has presented an affidavit to the Court alleging probable cause that the above-captioned property was involved in or facilitated controlled substances trafficking and/or money laundering and/or was the proceeds of such criminal activity, in violation of 21 U.S.C. § 841 and 18 U.S.C. §1956; and,

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property was involved in or facilitated controlled substances trafficking and/or money laundering and/or was the proceeds of such criminal activity, in violation of 21 U.S.C. § 801 and 18 U.S.C. § 1956; and,

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §881 and/or 18 U.S.C. §981, and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository to prevent the flight or transfer of the property so that the United States may initiate action to adjudicate forfeiture of the property; and,

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

United States Attorney
    for the Western District of North Carolina
Attn: William A. Brafford
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

This the 8th day of August, 2013.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**