IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13mc130

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT 6101 AMBERLY LANE AND 6113 SPRING GARDEN LANE, BOTH IN CHARLOTTE, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN DEEDS RECORDED AT BOOK 26892, PAGE 584, AND BOOK 26949, PAGE 930, RESPECTIVELY, IN THE MECKLENBURG COUNTY PUBLIC REGISTRY ) ) ) ) ) ) ) ) ) ) ) | **ORDER TO SEAL AFFIDAVITS** <br><br> **FILED** <br> CHARLOTTE, NC <br><br> AUG - 8 2013 <br><br> US District Court <br> Western District of NC |
| FILE IN GRANTOR INDEX UNDER: **ALICIA RHODES, ALICIA ODESSA RHODES** ) ) ) ) | |

On the government's motion to seal in the affidavits herein, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each of affidavits until further order of the Court.

Signed this the 8th day of August, 2013.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE